

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Thomas Dean Richardson, Jr., Appellant

No. 06-15-00025-CR    v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 13-0182X). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no reversible error in the judgment of the court below. We modify the trial court's judgment by deleting the assessment of $3,085.00 for attorney fees from the judgment. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Thomas Dean Richardson, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk